IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RANDOLPH JACKSON,

  Petitioner,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NOS. 1D16-1003
     1D16-1010

STATE OF FLORIDA,

  Respondent.

_____/

Opinion filed July 6, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Randolph Jackson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  The petition for writ of habeas corpus is dismissed as unauthorized.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

Due to petitioner's apparent abuse of the legal process by his repeated pro se filings attacking his judgments and sentences in Alachua County Circuit Court case numbers 01-2003-CF-2475-A and 01-2003-CF-003477-A, this court issued an order directing petitioner to show cause why he should not be prohibited from future pro se filings. See State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999). Petitioner has failed to respond.

As such, because petitioner's continued and repeated attacks on his conviction and sentence have become an abuse of the legal process, we hold that he is barred from future pro se filings in this court concerning Alachua County Circuit Court case numbers 01-2003-CF-2475-A and 01-2003-CF-003477-A. The Clerk of the Court is directed not to accept any future filings concerning these cases unless they are filed by a member in good standing of The Florida Bar. Petitioner is warned that any filings that violate the terms of this opinion may result in a referral to the appropriate institution for disciplinary procedures as provided in section 944.279, Florida Statutes (2015). See Fla. R. App. P. 9.410.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.